HOGAN LOVELLS LLP
Michael J. Shepard (Ca Bar No. 91281)
3 Embarcadero Center
Suite 1500
San Francisco, CA 94111
Tel.  (415) 374-2300
Fax  (415) 374-2499
michael.shepard@hoganlovells.com

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
Brad S. Karp (*pro hac vice*)
Bruce Birenboim (*pro hac vice*)
H. Christopher Boehning (*pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Tel.  (212) 373-3000
Fax  (212) 757-3990
bkarp@paulweiss.com
bbirenboim@paulweiss.com
cboehning@paulweiss.com

*Attorneys for Defendant Fédération Internationale de Football Association*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RACHEL MEHR, et al.,<br><br>Plaintiffs<br><br>v.<br><br>FÉDÉRATION INTERNATIONALE DE FOOTBALL ASSOCIATION, et al.,<br><br>Defendants. | Case No. 4:14-cv-03879-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER RE: TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND BRIEFING SCHEDULE FOR MOTIONS TO DISMISS** |

Stipulation and [Proposed] Order Re: Time for Defendants to
Respond to Complaint and Briefing Schedule for  Motions to Dismiss
Case No. C 3:14-CV-03879-PJH

WHEREAS, on August 27, 2014, Plaintiffs filed a Class Action Complaint;

WHEREAS, pursuant to the Stipulation and Order Re: Extension of Time for Certain Defendants to Respond to Complaint, entered on September 19, 2014, Defendants United States Soccer Federation, Inc., US Youth Soccer Association, Inc., National Association of Competitive Soccer Clubs, Inc., California Youth Soccer Association, and American Youth Soccer Association (collectively, the "US Defendants") have until November 19, 2014 to file their respective responses to the Complaint;

WHEREAS, pursuant to the Stipulation and Order Re: Extension of Time for Defendant Fédération Internationale de Football Association to Respond to Complaint, entered on October 10, 2014, Defendant Fédération Internationale de Football Association ("FIFA") has until December 15, 2014 to file its response to the Complaint;

WHEREAS, the parties agree that a single date for all Defendants to respond to the Complaint promotes efficiency, and have agreed that all Defendants shall have until December 15, 2014 to move, answer, or otherwise respond to the Complaint;

WHEREAS, the parties agree that, to the extent any Defendants file motions in lieu of an answer in response to the complaint, Plaintiffs shall file their oppositions to such motions by no later than January 30, 2015, and that all Defendants shall file their replies to Plaintiffs' oppositions by no later than February 20, 2015;

WHEREAS, the parties agree that, given the length and complexity of the Complaint, each of Defendants FIFA and United States Soccer Federation, Inc. shall be limited to a brief of no more than 40 pages in support of any motions in response to the Complaint, and each other Defendant shall be limited to a brief of no more than 25 pages in support of any motions in response to the Complaint.  The parties further agree that Plaintiffs shall be entitled to an equal number of pages in opposition to each Defendant's motion, and that on reply, each of Defendants FIFA and United States Soccer Federation, Inc. shall be limited to no more than 20 pages, and each other Defendant shall be limited to no more than 10 pages.

WHEREAS, to the extent Plaintiffs file an omnibus opposition to Defendants' motions, the

1

parties will meet and confer regarding an appropriate page limit for such opposition;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties, and subject to Court approval, that:

(1) All Defendants shall have to and including December 15, 2014, to move, answer or otherwise respond to the Complaint;

(2) To the extent any Defendants file motions in lieu of an answer in response to the complaint, Plaintiffs shall file their oppositions to such motions by no later than January 30, 2015, and all Defendants shall file their replies to Plaintiffs' oppositions by no later than February 20, 2015;

(3) Each of Defendants FIFA and United States Soccer Federation, Inc. shall be limited to a brief of no more than 40 pages in support of any motions in response to the Complaint, and each other Defendant shall be limited to a brief of no more than 25 pages in support of any motions in response to the Complaint. Plaintiffs shall be entitled to an equal number of pages in opposition to each Defendant's motion. On reply, each of Defendants FIFA and United States Soccer Federation, Inc. shall be limited to no more than 20 pages, and each other Defendant shall be limited to no more than 10 pages; and

(4) To the extent Plaintiffs file an omnibus opposition to Defendants' motions, the parties will meet and confer regarding an appropriate page limit for such opposition.

DATED: November 3, 2014          HAGENS BERMAN SOBOL SHAPIRO LLP

By      /s/ Steve W. Berman
         Steve W. Berman

1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Phone: (206) 623-7292
Fax: (206) 623-0594
Email: steve@hbsslaw.com

*Attorneys for Plaintiffs*

2

Stipulation and [Proposed] Order Re:
Time for Defendants to Respond to Complaint and Briefing Schedule for Motions to Dismiss
Case No. C 3:14-CV-03879-PJH

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: November 3, 2014 | HOGAN LOVELLS LLP |
| 3 | | By    /s/ Michael J. Shepard |
| | | Michael J. Shepard |
| 4 | | |
| 5 | | 3 Embarcadero Center, Suite 1500 |
| | | San Francisco, CA 94111 |
| | | Tel.  (415) 374-2300 |
| 6 | | Fax  (415) 374-2499 |
| | | Email:  michael.shepard@hoganlovells.com |
| 7 | | |
| | | -and- |
| 8 | | |
| | | PAUL, WEISS, RIFKIND, WHARTON & GARRISON |
| 9 | | LLP |
| 10 | | |
| | | Brad S. Karp (*pro hac vice*) |
| 11 | | Bruce Birenboim (*pro hac vice*) |
| | | H. Christopher Boehning (*pro hac vice*) |
| 12 | | 1285 Avenue of the Americas |
| | | New York, NY 10019 |
| 13 | | (212) 373-3000 |
| | | bkarp@paulweiss.com |
| 14 | | bbirenboim@paulweiss.com |
| 15 | | cboehning@paulweiss.com |
| 16 | | *Attorneys for Defendant Fédération Internationale* |
| | | *de Football Association* |
| 17 | | |
| 18 | DATED: November 3, 2014 | LATHAM & WATKINS LLP |
| 19 | | |
| | | By    /s/ Russell F. Sauer, Jr. |
| 20 | | Russell F. Sauer, Jr. |
| 21 | | 355 South Grand Avenue |
| | | Los Angeles, California 90071 |
| 22 | | Telephone: (213) 485-1234 |
| | | Facsimile: (213) 891-8763 |
| 23 | | Email: russ.sauer@lw.com |
| 24 | | *Attorneys for Defendant United States Soccer* |
| | | *Federation, Inc.* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

3

Stipulation and [Proposed] Order Re:
Time for Defendants to Respond to Complaint and  Briefing Schedule for Motions to Dismiss
Case No. C 3:14-CV-03879-PJH

| | | |
|---|---|---|
| 1 | DATED: November 3, 2014 | BONNE BRIDGES MUELLER O'KEEFE & NICHOLS |
| 2 | | |
| 3 | | By   /s/ M. Christopher Hall |
| | | M. Christopher Hall |

1851 East First Street, Suite 810
Santa Ana, CA 92705-4041
Telephone: (714) 480-2530
Facsimile: (714) 480-2585
Email: chall@bonnebridges.com

*Attorneys for Defendant United States Youth Soccer Association, Inc.*

DATED: November 3, 2014        GORDON REES SCULLY MANSUKHANI LLP

By   /s/ Stuart M. Gordon
Stuart M. Gordon

275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
Email: sgordon@gordonrees.com

*Attorneys for Defendant American Youth Soccer Organization and Defendant National Association of Competitive Soccer Clubs, Inc. d/b/a US Club Soccer*

DATED: November 3, 2014        LYNCH, GILARDI & GRUMMER

By   /s/ Wallace M. Tice

Wallace M. Tice
170 Columbus Ave., 5th Floor
San Francisco, CA 94133
Telephone: (415) 397-2800
Facsimile: (415) 397-0937
Email: wtice@lgglaw.com

*Attorneys for Defendant California Youth Soccer Association*

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the signatories.

4

Stipulation and [Proposed] Order Re:
Time for Defendants to Respond to Complaint and  Briefing Schedule for Motions to Dismiss
Case No. C 3:14-CV-03879-PJH

# [PROPOSED] ORDER

Based on the stipulation of the parties and good cause appearing therefor, it is hereby ordered that:

(1) Defendants Fédération Internationale de Football Association, United States Soccer Federation, Inc., US Youth Soccer Association, Inc., National Association of Competitive Soccer Clubs, Inc., California Youth Soccer Association, and American Youth Soccer Association (collectively, "Defendants") shall have until December 15, 2014 to file their respective responses to the Complaint;

(2) To the extent any Defendants file motions in lieu of an answer in response to the complaint, Plaintiffs shall file their oppositions to such motions by no later than January 30, 2015, and all Defendants shall file their replies to Plaintiffs' oppositions by no later than February 20, 2015;

(3) Each of Defendants FIFA and United States Soccer Federation, Inc. shall be limited to a brief of no more than 40 pages in support of any motions in response to the Complaint, and each other Defendant shall be limited to a brief of no more than 25 pages in support of any motions in response to the Complaint. Plaintiffs shall be entitled to an equal number of pages in opposition to each Defendant's motion. On reply, each of Defendants FIFA and United States Soccer Federation, Inc., shall be limited to no more than 20 pages, and each other Defendant shall be limited to no more than 10 pages; and

(4) To the extent Plaintiffs file an omnibus opposition to Defendants' motions, the parties will meet and confer regarding an appropriate page limit for such opposition.

DATED: _____
HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE