UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RACHEL MEHR,

    Plaintiff,

    v.

FÉDÉRATION INTERNATIONALE
DE FOOTBALL ASSOCIATION, et al.,

    Defendants.
_____/

No. C 14-3879 PJH

**ORDER RE CHAMBERS COPY**

    PLEASE TAKE NOTICE that the chambers copy of the Declaration of Jon King in Support of Plaintiffs' Opposition to Defendant Fédération Internationale de Football Association's Motion to Dismiss was submitted in a format that is not usable by the court.

    The chambers copy is not usable because it

- ☐ consists of a stack of loose paper wrapped with a rubber band;
- ☐ consists of a stack of loose paper fastened with a binder clip or a paper clip;
- ☐ is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;
- ☒ has no tabs for the voluminous exhibits;
- ☐ includes exhibits that are illegible;
- ☐ includes exhibits that are unreadable because the print is too small;
- ☐ includes text and/or footnotes in a font smaller than 12 point;
- ☐ includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal;

☐ includes exhibits that are not attached to a declaration or request for judicial notice and are otherwise unidentified; or

☐ is not usable for another reason –

The paper used for the above-described chambers copy has been recycled by the court. No later than April 20, 2015, plaintiffs shall submit a chambers copy in a format that is usable by the court.

**IT IS SO ORDERED.**

Dated: April 17, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge