UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Date: May 6, 2015 (Time: 3 hours 3 minutes)        JUDGE:  Phyllis J. Hamilton

Case No:14-cv-03879-PJH
Case Name: Mehr, et al. v. Federation Internationale de Football Association, et al.

| | |
|---|---|
| **Attorney(s) for Plaintiff:** | Steve Berman; Derek Howard; Jon King |
| **Attorney(s) for Defendant:** | Daniel Levi; H. Christopher Boehning; |
| | Michael Shepard; Bruce Birenboim  (FIFA) |
| | Russell Sauer; Amy Quartarolo; |
| | Casandra Thomson (United States Soccer) |
| |  Wallace Tice (California Youth Soccer) |
| | Stuart Gordon; Fletcher Alford |
| | (National Association and American Youth Soccer) |
| | Margaret Holm; M. Christopher Hall (US Youth Soccer) |

**Deputy Clerk: Nichole Peric**           **Court Reporter: Diane Skillman**

PROCEEDINGS

   Federation Internationale de Football's Motion to Dismiss-Held.  The court takes the matter under submission.

   Federation Internationale de Football's Motion to Compel Arbitration-Held.  The court takes the matter under submission.

   California Youth Soccer's Motion to Dismiss-Held.  The court takes the matter under submission.

   United States Soccer's Motion to Dismiss-Held.  The court takes the matter under submission.

   National Association of Competitive Soccer Club's Motion to Dismiss-Held.  The court takes the matter under submission.

   American Youth Soccer's Motion to Dismiss-Held.  The court takes the matter under submission.

   US Youth Soccer's Motion to Dismiss-Held.  The court takes the matter under submission.

**Order to be prepared by:   [] Pl [] Def [x] Court**

**cc: chambers**