UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RACHEL MEHR, et al.,

    Plaintiffs,

    v.

FÉDÉRATION INTERNATIONALE DE FOOTBALL ASSOCIATION, et al.,

    Defendants.

_____/

No. C 14-3879 PJH

**ORDER**

As stated at the May 6, 2015 hearing, plaintiffs' administrative motion for leave to file additional material is DENIED.

**IT IS SO ORDERED.**

Dated:  May 14, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge