Steve W. Berman (*Pro Hac Vice*)
Craig R. Spiegel (SBN 122000)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
craigs@hbsslaw.com

Jon T. King (SBN 205073)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
jonk@hbsslaw.com

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RACHEL MEHR, *et al.*,<br><br>                             Plaintiffs,<br><br>    v.<br><br>FÉDÉRATION INTERNATIONALE DE FOOTBALL ASSOCIATION*, et al.*,<br><br>                             Defendants. | No.  4:14-cv-03879-PJH<br><br>DECLARATION OF JON T. KING IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE NEWLY RELEASED FEDERAL GOVERNMENTAL MATERIAL REGARDING DEFENDANT FÉDÉRATION INTERNATIONALE DE FOOTBALL ASSOCIATION ("FIFA") AND ITS PENDING MOTION TO DISMISS ON JURISDICTIONAL AND OTHER GROUNDS<br><br>CLASS ACTION |

010461-11 784839V1

I, Jon T. King, declare as follows:

I am an attorney duly admitted to practice before this Court.  I am an attorney with the firm of Hagens Berman Sobol & Shapiro, LLP ("Hagens Berman"), attorneys of record for the Plaintiffs.

1. I am personally familiar with the facts set forth in this declaration.  If called as a witness, I could and would competently testify to the matters stated herein.

2. I submit this declaration in support of Plaintiffs' Motion for Leave to File Newly Released Federal Governmental Material Regarding Defendant Fédération Internationale de Football Association ("FIFA") and its Pending Motion to Dismiss on Jurisdictional and Other Grounds.

3. On June 1, 2015, I wrote to FIFA defense counsel Christopher Boehning, and inquired whether FIFA would consent to Plaintiffs' requested relief.  One June 2, 2015, Mr. Boehning wrote back, indicating that FIFA declined to consent.

4. Attached hereto are true and correct copies of the following exhibits:

Exhibit 1: *The Guardian* article entitled, "Fifa's secretary general Jerome Valcke under new pressure over $10m 'bribe,'" downloaded from *The Guardian's* website June 2, 2015;

Exhibit 2: FIFA press release entitled, "FIFA President to lay down his mandate at extraordinary elective Congress," dated June 2, 2015, and a document entitled, "Remarks by FIFA President Blatter";

Exhibit 3: E-mail string between Plaintiffs' counsel Jon King and Defendant's counsel Christopher Boehning, from June 1, 2015 to June 2, 2015;

Exhibit 4: Indictment, *United States of America v. Webb, et al.,* No. 15-cr-0252 (RJD)(RML) (E.D.N.Y.), filed May 20, 2015;

Exhibit 5: Department of Justice press release dated May 27, 2015, entitled, "Nine FIFA Officials and Five Corporate Executives Indicted for Racketerring Conspiracy and Corruption";

Exhibit 6: Department of Justice press release dated May 27, 2015, entitled, "Attorney General Loretta E. Lynch Delivers Remarks at Press Conference Announcing Charges Against Nine FIFA Officials and Five Corporate Executives";

Exhibit 7: *New York Times* article dated May 26, 2015, entitled, "FIFA Officials Arrested on Corruption Charges; Blatter Isn't Among Them"; and

Exhibit 8: Information, *United States of America v. Charles Blazer*, Cr. No. 13-602 (RDJ) (E.D.N.Y.), filed November 25, 2013.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 2nd day of June, 2015 at Berkeley, California.

By: ___*/s/ Jon T. King*___
        JON T. KING