LATHAM & WATKINS LLP
  Russell F. Sauer, Jr. (SBN 94433)
  Amy C. Quartarolo (SBN 222144)
355 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email: russ.sauer@lw.com
Email: amy.quartarolo@lw.com

Attorneys for Defendant
UNITED STATES SOCCER FEDERATION, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| RACHEL MEHR, et al., <br><br>　　　　Plaintiffs <br><br>　　v. <br><br>FÉDÉRATION INTERNATIONAL DE FOOTBALL ASSOCIATION, et al., <br><br>　　　　Defendants. | Case No. C 4:14-CV-03879-PJH <br><br>**REQUEST FOR DISMISSAL AND ENTRY OF JUDGMENT AND [PROPOSED] ORDER RE: DISMISSAL AND ENTRY OF JUDGMENT IN FAVOR OF DEFENDANTS** |

| | |
|---|---|
| 1 | This Request For Dismissal and Entry Of Judgment And [Proposed] Order Re: Dismissal |
| 2 | and Entry Of Judgment In Favor Of Defendants is submitted by and on behalf of Defendants |
| 3 | United States Soccer Federation, Inc., US Youth Soccer Association, Inc., National Association |
| 4 | of Competitive Soccer Clubs, Inc., California Youth Soccer Association Inc., and American |
| 5 | Youth Soccer Association (collectively, the "US Defendants"). |
| 6 | WHEREAS, on August 27, 2014, Plaintiffs filed a Class Action Complaint asserting, |
| 7 | among others, claims against defendant Fédération International de Football Association |
| 8 | ("FIFA") and the US Defendants (collectively, "Defendants"); |
| 9 | WHEREAS, Defendants filed Motions to Dismiss (and joinders therein) (Docket Nos. 42, |
| 10 | 43, 48, 52, 53, 55, 56 and 57) (collectively, the "Motions"); |
| 11 | WHEREAS, following a hearing on May 6, 2015, the Court entered an Order granting the |
| 12 | Motions, dismissing the claims against FIFA with prejudice and permitting Plaintiffs leave to |
| 13 | amend certain claims against the US Defendants no later than August 17, 2015 (Docket No. 104) |
| 14 | (the "Order"); |
| 15 | WHEREAS, the parties stipulated, and the Court entered an order (Docket No. 106), to |
| 16 | extend the deadline for Plaintiffs to file an amended complaint from August 17, 2015 to |
| 17 | September 30, 2015; |
| 18 | WHEREAS, the parties stipulated, and the Court entered an order (Docket No. 112), to |
| 19 | extend the deadline for Plaintiffs to file an amended complaint from September 30, 2015 to |
| 20 | October 15, 2015; |
| 21 | WHEREAS, the parties stipulated, and the Court entered an order (Docket No. 114), to |
| 22 | extend the deadline for Plaintiffs to file an amended complaint from October 15, 2015 to October |
| 23 | 30, 2015; and |
| 24 | WHEREAS, pursuant to an agreement among the parties, Plaintiffs have determined not |
| 25 | to file an amended complaint within the extended deadline. |
| 26 | NOW, THEREFORE, IT IS HEREBY REQUESTED that the instant case be dismissed |
| 27 | with prejudice and that judgment be entered in favor of Defendants. |
| 28 | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

*Respectfully submitted,*

DATED: November 2, 2015

LATHAM & WATKINS LLP

By   /s/ Russell F. Sauer, Jr.
    Russell F. Sauer, Jr.
    355 South Grand Avenue
    Los Angeles, California 90071
    Telephone: (213) 485-1234
    Facsimile: (213) 891-8763
    Email: russ.sauer@lw.com
*Attorneys for Defendant United States Soccer Federation, Inc.*

DATED: November 2, 2015

BONNE BRIDGES MUELLER O'KEEFE & NICHOLS

By   /s/ M. Christopher Hall
    M. Christopher Hall

    1851 East First Street, Suite 810
    Santa Ana, CA 92705
    Telephone: (714) 480-2530
    Facsimile: (714) 480-2585
    Email: chall@bonnebridges.com
*Attorneys for Defendant United States Youth Soccer Association, Inc.*

DATED: November 2, 2015

GORDON REES SCULLY MANSUKHANI LLP

By   /s/ Stuart M. Gordon
    Stuart M. Gordon

    275 Battery Street, Suite 2000
    San Francisco, CA 94111
    Telephone: (415) 986-5900
    Facsimile: (415) 986-8054
    Email: sgordon@gordonrees.com
*Attorneys for Defendant American Youth Soccer Organization and Defendant National Association of Competitive Soccer Clubs, Inc. d/b/a US Club Soccer*

| | | |
|---|---|---|
| DATED: November 2, 2015 | | LYNCH, GILARDI & GRUMMER APC |
| | | By /s/ Wallace M. Tice |
| | | Wallace M. Tice |
| | | 170 Columbus Avenue, 5th Floor |
| | | San Francisco, California 94133 |
| | | Telephone: (415) 397-2800 |
| | | Facsimile: (415) 397-0937 |
| | | Email: wtice@lgglaw.com |
| | | *Attorneys for Defendant California Youth Soccer Association Inc.* |

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the signatories.

## [PROPOSED] ORDER

In view of the Court's Order dated July 17, 2015 (Docket No. 104) and Plaintiffs' decision not to file an amended complaint within the time period permitted by the Court, as extended, it is hereby ordered that Plaintiffs' claims are hereby dismissed with prejudice against all Defendants and that judgment shall be entered in favor of Defendants as of the date of this order.

DATED: _____

HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Request for Dismissal and Entry of Judgment and [Proposed] Order
Case No. C 4:14-CV-03879-PJH