UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RACHEL MEHR, et al.,

　　　　　Plaintiffs,

　　v.

FÉDERATION INTERNATIONALE DE FOOTBALL ASSOCIATION, et al.,

　　　　　Defendants.

Case No. 14-cv-3879-PJH

**ORDER GRANTING REQUEST FOR DISMISSAL AND ENTRY OF JUDGMENT**

On July 16, 2015, the court issued an order granting defendants' motions to dismiss the claims asserted against them. The court dismissed defendant Féderation Internationale de Football Association ("FIFA") with prejudice, for lack of personal jurisdiction, and dismissed the claims asserted against defendants United States Soccer Federation, Inc., US Youth Soccer Association, California Youth Soccer Association, National Association of Competitive Soccer Clubs, and American Youth Soccer Organization ("the U.S. defendants") for failure to state a claim, with leave to amend.

The deadline for a filing the amended complaint was continued three times, pursuant to stipulation of the parties. On November 2, 2015, three days after the most recent deadline, the U.S. defendants filed a request for dismissal with prejudice and entry of judgment in their favor. Defendants asserted that "pursuant to an agreement among the parties, [p]laintiffs have determined not to file an amended complaint within the extended deadline." On November 5, 2015, plaintiffs filed a statement of non-opposition to the request for dismissal and entry of judgment, stating that they had in fact

determined not to file an amended complaint within the most recent deadline set by the court.

Pursuant to the parties' agreement, the request is GRANTED. The above-entitled action is hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: November 6, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge