UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL MEHR, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FEDERATION INTERNATIONALE DE FOOTBALL ASSOCIATION, et al.,<br><br>    Defendants. | Case No. 14-cv-3879-PJH<br><br>**JUDGMENT** |

    The issues having been duly heard and considered, and the complaint having been dismissed with prejudice,

    it is Ordered and Adjudged

    that plaintiffs take nothing, and that the action be dismissed.

Dated: November 6, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge